# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

PACIFIC EMPLOYERS INSURANCE CO.,
v.
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a/k/a CLEAN HARBORS, INC.

Case Number:

FILED
APRIL 16, 2008                    YM
08CV2180
JUDGE DARRAH
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Pacific Employers Insurance Co.

| | |
|---|---|
| NAME (Type or print) <br> Bruce M. Lichtcsien | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Bruce Lichtcsien | |
| FIRM <br> COZEN O'CONNOR | |
| STREET ADDRESS <br> 222 S. Riverside Plaza, Suite 1500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6204943 | TELEPHONE NUMBER <br> (312)-382-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |