IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation, | : : : : : : : : : | FILED<br>APRIL 16, 2008         YM<br>No. 08CV2180<br>JUDGE DARRAH<br>MAGISTRATE JUDGE ASHMAN |
| Plaintiff, | | |
| v. | | |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. a/k/a CLEAN HARBORS, INC., a Massachusetts corporation, | | |
| Defendant. | | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Pacific Employers Insurance Company, by and through its counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby discloses PEIC's corporate interests as follows:

1. Plaintiff Pacific Employers Insurance Company is a Pennsylvania corporation. It is not publicly traded.

2. Pacific Employers Insurance Company is owned by ACE American Insurance Company, also a Pennsylvania corporation. ACE American Insurance Company is not publicly traded.

3. ACE American Insurance Company is a subsidiary of INA Holdings Company. INA Holdings Company is not publicly traded.

4. The ultimate parent of all the above entities is ACE Limited, which is publicly traded.

5. Pacific Employers Insurance Company has no publicly-held affiliates as defined in Local Rule 3.2.

Respectfully submitted,

/s/ Bruce M. Lichtcsien
    Bruce M. Lichtcsien    IL # 6204943
    blichtcsien@cozen.com
    COZEN O'CONNOR
    222 South Riverside Plaza, Suite 1500
    Chicago, IL 60606
    (312) 382-3153
    (312) 706-9753 (Facsimile)
     - and -
   Of Counsel:
    Thomas M. Jones
    Helen A. Boyer
    COZEN O'CONNOR
    1201 Third Avenue, Suite 5200
    Seattle, WA 98101
    (206) 340-1000
    (206) 621-8783 (Facsimile)

ATTORNEYS FOR PLAINTIFF