IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE, COMPANY, a Pennsylvania corp., <br><br> Plaintiff, <br><br> vs. <br><br><br> CLEAN HARBORS ENVIRONMENTAL SERVICES, INC a/k/a CLEAN HARBORS, INC., a Massachusetts corp. <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No.   08 CV 2180 |

## NOTICE OF MOTION

To:   *CM/ECF System Service List*

**PLEASE TAKE NOTICE** that on *Wednesday, June 18, 2008, at 9:00 a.m.* we shall appear before the Honorable Judge Darrah in Room 1203 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and then and there present *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(7),* a copy of which is hereby served upon you.

Dated:  June 2, 2008

Respectfully submitted,

CLEAN HARBOR ENVIRONMENTAL SERVICES, INC.

By:     s/ Cary E. Donham
            One of Its Attorneys

John F. Kennedy (#6196185)
Cary E. Donham (#6199385)
Brett Nolan (#6256972)
Sherri Thornton-Pierce (#6285507)
SHEFSKY & FROELICH LTD
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
312-527-4000
E-Mail: jkennedy@shefskylaw.com
1083567_2