UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Pacific Employers Insurance Company
                                             Plaintiff,

v.                                           Case No.: 1:08−cv−02180
                                             Honorable John W. Darrah

Clean Harbors Environmental Services, Inc.
                                             Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

MINUTE entry before the Honorable John W. Darrah:Defendant's motion to dismiss [17] is withdrawn without prejudice with leave to re−file. Status hearing set for 8/28/08 at 9:00 a.m. Mailed notice(maf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.