IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 2180 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. a/k/a CLEAN HARBORS, INC., a Massachusetts corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 9, 2008 at 9:00 a.m., we shall appear before the Honorable Judge John W. Darrah, or any Judge sitting in his stead, in Room 1203 at 219 South Dearborn Street, Chicago, Illinois 60603, and then and there present our **MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**, a copy which is attached hereto and served upon you.

COZEN O'CONNOR

By: _s/ Bruce M. Lichtcsien_____
Attorney for Plaintiffs

Matthew T. Walsh     IL # 6205399
Bruce M. Lichtcsien  IL # 6204943
blichtcsien@cozen.com
COZEN O'CONNOR
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
(312) 382-3153
(312) 706-9753 (Facsimile)

2

## PROOF OF SERVICE

      The undersigned attorney certifies that the foregoing **MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT FOR DECLARATORY JUDGMENT** was served on counsel of record by electronic filing this 22nd day of July, 2008, and the same is available for viewing by downloading off of the Court's ECF system.

                                            s/_Bruce M. Lichtcsien_____

PACIFIC EMPLOYERS INSURANCE COMPANY
v.
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.
a/k/a CLEAN HARBORS, INC.
Case No. 08 C 02180

| | |
|---|---|
| Matthew T. Walsh, Esq.<br>Bruce M. Lichtcsien, Esq.<br>Cozen O'Connor<br>222 South Riverside Plaza<br>Suite 1500<br>Chicago, Illinois  60606<br>*Attorneys for Plaintiff,*<br>*Pacific Employers Insurance Company* | Thomas M. Jones, Esq.<br>Helen A. Boyer, Esq.<br>Matthew D. Taylor, Esq.<br>Cozen O'Connor<br>1201 Third Avenue<br>Suite 5200<br>Seattle, Washington  98101<br>*Attorneys for Plaintiff (Pro Hac Vice)* |
| John F. Kennedy, Esq.<br>Cary E. Donham, Esq.<br>Jack J. Hagerty, Esq.<br>Brett Nolan, Esq.<br>Sherri Thornton-Pierce, Esq.<br>Shefsky & Froelich, Ltd.<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, Illinois  60601<br>*Attorneys for Defendant,*<br>*Clean Harbors Environmental Services, Inc.*<br>*a/k/a Clean Harbors, Inc.* | |

CHICAGO\618692\1  216939.000