# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2180 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Pacific Employers Ins. Co. Vs. Clean Harbors Environmental Svcs. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file an amended complaint for declaratory judgment [21, 22] is granted. Amended complaint to be filed by 8/29/08. Response/answer by 9/25/08. Rule 26(a)(1) disclosures to be exchanged by 9/25/08. Status hearing set for 10/2/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|