IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation, et al., </br></br>Plaintiff,</br></br>v.</br></br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Massachusetts corporation, and CLEAN HARBORS, INC., a Massachusetts corporation,</br></br>Defendants and Third Party Plaintiffs/Appellees,</br></br>v.</br></br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,</br></br>Third Party Defendant/Appellant. | Case No. 08-CV-02180</br></br>HONORABLE JOHN W. DARRAH |

## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S NOTICE OF APPEAL

Notice is hereby given that National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), third party defendant in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order (Doc. no. 345) and judgment (Doc. no. 344) dated February 24, 2011, and subsequent Memorandum Opinion and Order dated September 21, 2011 (Doc. no. 370) denying National Union's motion brought pursuant to Fed. R. Civ. P. 59(e), and all interlocutory rulings made adverse to National Union in the case leading to such rulings.

Jurisdictional issues related to this notice of appeal are described in National Union's Docketing Statement.

Dated: October 18, 2011

Respectfully Submitted By


/s/ Ilene M. Korey

1378999.1

Mark W. Zimmerman (ARDC #6217087)
Ilene M. Korey (ARDC #6185645)
Kathleen A. Johnson (ARDC #6195587)
CLAUSEN, MILLER P.C.
10 S. LaSalle St., 16th Fl.
Chicago, IL 60603
(312) 855-1010
Attorneys for Defendant National Union Fire
Insurance Company of Pittsburgh, PA

## CERTIFICATE OF SERVICE

     I hereby certify that on October 18, 2011, the foregoing was electronically filed with the Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Ilene M. Korey

1378999.1