

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

# NOTICE OF DOCKETING - Short Form

October 19, 2011

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 11-3360
>
> Caption:
> PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation, et al.,
>  Plaintiffs
>
> v.
>
> CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Massachusetts corporation, and CLEAN HARBORS, INC., a Massachusetts corporation,
> Defendants - Third Party Plaintiffs - Appellees
>
> v.
>
> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
> Third Party Defendant - Appellant
>
> District Court No: 1:08-cv-02180
> Clerk/Agency Rep Michael Dobbins
> District Judge John Darrah
> Court Reporter Mary Hacker
>
> Date NOA filed in District Court: 10/18/2011

If you have any questions regarding this appeal, please call this office.

CC:    Michael W. Dobbins

form name: **c7_Docket_Notice_short_form**(form ID: **188**)